IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER JEROME DAVIS**                                         **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:07-cv-1123HSO-RHW**

**CHRISTOPHER B. EPPS, et al.**                                        **RESPONDENTS**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendations [13] of Magistrate Judge Robert H. Walker, entered in this cause on May 27, 2010. The Court, after a full review and consideration of Judge Walker's Proposed Findings of Fact and Recommendations [13], the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE